■ OLD FORGE CONSTRUCTION CO., INC., Appellant, v VILLAGE OF CAMDEN, Respondent.—Order and judgment unanimously affirmed, without costs, for the reasons stated in the memorandum decision at Special Term, Stone, J. (Appeal from order and judgment of Oneida Supreme Court—summary judgment.) Present—Cardamone, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ CONNIE SMEATIN, Respondent, v G. D. SEARLE & Co., Appellant, et al., Defendant.—Order insofar as appealed from unanimously reversed, without costs, and motion for a protective order denied (see *Brooks v Hausauer,* 51 AD2d 660). (Appeal from order of Wayne Supreme Court—discovery.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.